**Kim Popovich**
332 Main Street, Unit E
West Dennis, MA 02670
508-360-3141

FILED
IN CLERK'S OFFICE

2025 NOV 13  AM 7: 58

U.S. ...
DISTRICT ... MASS.

**Date:** November 5, 2025

**Clerk of Court**
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 1500
Boston, MA 02210

**Re:** Status Request – Case Filing Submission (Kim Popovich v. Nancy McClain Alfonso, Esq.)

Dear Clerk of Court,

On or about August 11, 2025, I mailed a packet requesting to open a new civil case in the above-referenced matter, including a Complaint, Civil Cover Sheet, Summons, and Application to Proceed In Forma Pauperis (AO-240).

As of this date, I have not received confirmation of docketing, a case number, or correspondence regarding my filing fee waiver request. I am writing to respectfully request an update on the status of this filing and to confirm whether any additional documents or corrections are needed to complete the case opening process.

Thank you for your time and assistance. Please contact me by mail, phone, or email with any updates.

Respectfully ,

**Kim Popovich,** Pro Se Plaintiff